PHOEBE EINZIG, Appellant, v. ANTONIA AULISIO, Respondent and Third-Party Plaintiff-Respondent. WILLIAM ZANG, Third-Party Defendant-Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.